1  DAVID E. OUTWATER, STATE BAR NO. 178093
   RANDI PINCKES OUTWATER, STATE BAR NO. 182377
2  CATHLEEN MULLIGAN GOLDEN, STATE BAR NO. 192279
   OUTWATER & PINCKES, LLP
3  900 Roosevelt
   Irvine, CA 92620
4  Telephone: (949) 748-7480
   Facsimile: (949) 748-7481
5
   Attorneys for Plaintiffs Marc B. Vaccaro and
6  Astrid G. VanZon

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC B. VACCARO., a Wisconsin citizen; ASTRID G. VANZON, a Wisconsin citizen,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DAVID SPARKS, an individual; SPARKS REALTY & INVESTMENTS, INC., a California corporation; WELLINGTON GRANT, LTD, a Nevada corporation; CEDAR I, LLC, a Utah Limited Liability Company; CEDAR II, LLC, a Utah Limited Liability Company; WG CAL INVESTMENTS II, a California Limited Liability Company; WELLINGTON GRANT NOTES I, LLC, a Nevada Limited Liability Company,<br><br>        Defendants. | Case No.: SACV11-00164 DOC (PLAx)<br><br>**JUDGMENT FOR PLAINTIFFS AS AGAINST DEFENDANTS** |

# **JUDGMENT**

Having reviewed and considered the evidence submitted, and having granted plaintiffs Motion for Default Judgment, Judgment is hereby entered in favor of Plaintiffs Mark B. Vaccaro and Astrid G. VanZon on their Complaint filed on January 28, 2011, as against Defendants 1) David Sparks, an individual; 2) Sparks Realty & Investments, Inc., a California corporation; 3) Wellington Grant, LTD., a Nevada corporation; 4) Cedar I, LLC, a Utah Limited Liability Company; 5) Cedar II, LLC, a Utah Limited Liability Company; 6) WG Cal Investments II, LLC, a California Limited Liability Company; and 7) Wellington Grant Notes I, LLC, a Nevada Limited Liability Company (collectively herein "Defendants").

Judgment is entered in favor of Plaintiffs and against Defendants on plaintiffs' following claims for relief:

(a) Plaintiffs' First Claim for Relief for violation of Section 10(b) of the Securities Exchange Act of 1934, § 15 U.S.C. 78j(b);

(b) Plaintiffs' Third and Fourth Claims for Relief for violation of California Corporations Code § 25401;

(c) Plaintiffs' Fifth Claim for Relief for Breach of Fiduciary Duty;

(d) Plaintiffs' Sixth Claim for Relief for Fraud; and

(e) Plaintiffs' Eighth Claim for Relief for Breach of Contract.

Plaintiffs are awarded damages as against defendants, jointly and severally, as follows:

(1) Compensatory damages in favor of Plaintiffs and against Defendants in the amount of $1,599,700;

(2) Punitive damages in favor of Plaintiffs and against Defendants in the amount of $1,599,700;

(3) Attorney's fees in favor of Plaintiffs and against Defendants in the amount of $33,594;

(4) Costs in favor of Plaintiffs and against the Defendant in the amount of $2,245.29.

Thus, the Court orders Judgment in favor of Plaintiffs and against Defendants in the total sum of $3,235,239.29.

JUDGMENT IS SO ENTERED.

Date: May 4, 2011

*David O. Carter*
Hon. David O. Carter
United States District Judge,
Central District of California